## MATTHEWS v. N. C. DEPT. OF CORRECTION

No. 81P90

Case below: 97 N.C.App. 142
326 N.C. 483
326 N.C. 597

Motion by plaintiff to reconsider petition for discretionary review dismissed 14 August 1991.

## METRIC CONSTRUCTORS, INC. v. INDUSTRIAL RISK INSURERS

No. 180A91

Case below: 102 N.C.App. 59

Petition by defendant (Insurers) for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991.

## MORGAN v. MUSSELWHITE

No. 71P91

Case below: 101 N.C.App. 390

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## MOZINGO v. PITT COUNTY MEMORIAL HOSPITAL

No. 162A91

Case below: 101 N.C.App. 578

Petition by defendant (Kazior) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 14 August 1991.

## MYOKINETEX, INC. v. MXI GROUP, INC.

No. 279P91

Case below: 102 N.C.App. 823

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.